UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:13-cv-24017-MGC

RACHAEL BRONSTEIN, individually, and
MANSFIELD BRONSTEIN, PA,
a Florida corporation,

     Plaintiffs,

v.

WINDHAM PROFESSIONALS, INC.,
a foreign corporation,

     Defendant.
_____/

## NOTICE OF COMPLIANCE WITH ORDER OF COURT-MANDATED REQUIREMENTS IN FDCPA & TCPA-BASED CASES

Plaintiffs, RACHAEL BRONSTEIN and MANSFIELD BRONSTEIN, PA, through their undersigned counsel, hereby provide notice that they have complied with ECF No. 7, the Order of Court-Mandated Requirements in FDCPA & TCPA-Based Cases, and states as follows:

1. Plaintiff is unable to serve a copy of ECF. No. 7, Plaintiff's Statement of Claim, and supporting documentation, on Defendant's Counsel, as Defendant has not responded to Plaintiff's Complaint and no attorney has made an appearance on behalf of Defendant.

2. On December 3, 2013, Plaintiff's Counsel sent by regular US Mail a copy of Plaintiff's Statement of Claim and this Notice of Compliance to Defendant's registered agent for service of process.

3. If a response from Defendant is still not forthcoming by Friday, December 14, 2013, Plaintiff will move for a Clerk's Default.

Dated: December 3, 2013

>Respectfully submitted,
>
>/s/ *Scott D. Owens*
>Scott D. Owens, Esq.
>Florida Bar No. 0597651
>664 E. Hallandale Beach Blvd.
>Hallandale, FL 33009
>Tel: 954-589-0588
>Fax: 954-337-0666
>scott@scottdowens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

>Respectfully submitted,
>
> /s/ *Scott D. Owens*
>Scott D. Owens, Esq.