UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:13-cv-24017-MGC

RACHAEL BRONSTEIN, individually, and
MANSFIELD BRONSTEIN, PA,
a Florida corporation,

    Plaintiffs,

v.

WINDHAM PROFESSIONALS, INC.,
a foreign corporation,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

    Plaintiffs, RACHAEL BRONSTEIN and MANSFIELD BRONSTEIN, PA, hereby notify this Court that a settlement has been reached between the Parties, pending final execution of settlement documents and releases.

    Respectfully submitted: March 19, 2014

                                    /s/ Scott D. Owens
                                    **SCOTT D. OWENS, ESQ.**
                                    664 East Hallandale Beach Boulevard
                                    Hallandale, Florida 33309
                                    Phone 954-589-0588
                                    Fax 954-337-0666
                                    scott@scottdowens.com
                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19 March 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq