UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RACHAEL BRONSTEIN, individually, and
MANSFIELD BRONSTEIN, P.A., a Florida          Case No. 13-CV-24017-MGC
corporation,

        Plaintiffs,

vs.

WINDHAM PROFESSIONALS, INC.,

        Defendant.
_____/

## STIPULATION OF SETTLEMENT
## AND ORDER OF DISMISSAL WITH PREJUDICE

All matters and things in dispute between the Plaintiff and Defendants having been adjusted and settled, it is

STIPULATED AND AGREED by the parties hereto that all claims that the Plaintiffs, RACHAEL BRONSTEIN, individually, and MANSFIELD BRONSTEIN, P.A. have asserted in this litigation against Defendant, WINDHAM PROFESSIONALS, INC., be dismissed with prejudice, with each party to bear their own fees and costs except as otherwise agreed to by the parties.

DATED this 25th day of April, 2014.

| | |
|---|---|
| LAW OFFICES OF SCOTT D. OWENS | HINSHAW & CULBERTSON LLP |
| By: s/ Scott D. Owens | By: s/ David P. Hartnett |
| Florida Bar No. 0597651 | Florida Bar No. 946631 |
| 664 E. Hallandale Beach Blvd. | 2525 Ponce de Leon Blvd., 4th Floor |
| Hallandale, FL 33009 | Coral Gables, FL 33134 |
| Phone: 954 589-0588 | Phone: 305 358-7747 |
| E-Mail scott@scottdowens.com | E-Mail: dhartnett@hinshawlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RACHAEL BRONSTEIN, individually, and
MANSFIELD BRONSTEIN, P.A., a Florida                Case No. 13-CV-24017-MGC
corporation,

        Plaintiffs,

vs.

WINDHAM PROFESSIONALS, INC.,

        Defendant.
_____/

## **ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the executed stipulation, it is

ORDERED AND ADJUDGED that the claims of the Plaintiffs, RACHAEL BRONSTEIN and MANSFIELD BRONSTEIN, P.A., have asserted against Defendant, WINDHAM PROFESSIONALS, INC., be and the same are hereby dismissed with prejudice.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of April, 2014.

                                                        _____
                                                        HONORABLE MARCIA G. COOKE
                                                        U.S. DISTRICT COURT JUDGE

Copies furnished to:
Scott D. Owens, Esq. (scott@scottdowens.com)
David P. Hartnett, Esq. (dhartnett@hinshawlaw.com)