UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-24017-Civ-COOKE/TORRES

RACHAEL BRONSTEIN and
MANSFIELD BRONSTEIN, P.A.,

    Plaintiffs,

vs.

WINDHAM PROFESSIONALS, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stip. Settlement & Order of Dismissal with Prejudice, ECF No. 16. Each party shall bear their or its own costs and attorney's fees except as otherwise agreed to by the parties.

The Clerk is directed to **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of April 2014.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*